UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                             No. 96-CR-80670

vs.                                      Hon. John Corbett O'Meara

JACK C. CHILINGIRIAN,

      Defendant.
_____/

## ORDER

Defendant's Motion to Allow Transfer of Supervision and for Setting of Payment Schedule for Restitution having come before the Court, and a hearing having been held on the motion on May 31, 2006, and the Court otherwise being fully advised in the premises;

IT IS ORDERED that, as to defendant's request for the Court to set a payment schedule for restitution, that request is DENIED without prejudice to the defendant's right to seek such relief following the completion of a comprehensive financial audit by the U.S. Attorney's Office.

IT IS FURTHER ORDERED that the defendant shall cooperate fully with the U.S. Attorney's Office in its conduct of the financial audit, to take place during the 120-day period following the defendant's placement at a half-way house for service of the remainder of his custodial term.

IT IS SO ORDERED.

|  |  |
|---|---|
|  | s/John Corbett O'Meara |
|  | HON. JOHN CORBETT O'MEARA |
| Dated: 6/13/06 | UNITED STATES DISTRICT JUDGE |

2:96-cr-80670-JCO   Doc # 394   Filed 06/13/06   Pg 2 of 2    Pg ID 398